IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

AUSTIN JOSHUA NANCE,                )
                                    )
            Plaintiff,              )
                                    )
    v.                              )    1:22-cv-20
                                    )
GREGORY J. SEABOLT, Sheriff,        )
PHILLIP CHEEK, Major and            )
AUNDREA AZELTON, Colonel,           )
Deputy Chief,                       )
                                    )
            Defendants.             )

### ORDER

This matter is before this court for review of the Memorandum Opinion and Recommendation ("Recommendation") filed on March 1, 2023 by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 22.) In the Recommendation, the Magistrate Judge recommends that Defendants' motion to dismiss, (Doc. 12), be granted and that this action be dismissed. The Recommendation and notice were served on the parties to this action on March 1, 2023. (Docs. 22, 23.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 22), is **ADOPTED. IT IS FURTHER ORDERED**

that Defendants' Motion to Dismiss, (Doc. 12), is **GRANTED,** and that this action is hereby, **DISMISSED.**

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 31st day of March, 2023.

_____
United States District Judge

- 2 -

Case 1:22-cv-00020-WO-JEP   Document 24   Filed 03/31/23   Page 2 of 2